# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-30080-MAP

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

TO: (Name and address of defendant)

U.S. Government, c/o United States ~~District~~ Attorney
Federal Bldg & Courthouse, 1550 Main St
Springfield, MA 01103

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within ____sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_April 29 2004_

DATE

_Mary Finn_

(BY) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Government
   c/o United States Attorney
   Federal Bldg & Courthouse
   1550 Main St
   Springfield, MA 01103
   RE: Fed Court Case # 04-30080-MAP
   (3)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   5/6/4

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0002 2103 3926

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1

# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

V.

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30080-MAP

TO: (Name and address of defendant)

Lynn Walsh, Compliance Services Field Dir.
Internal Revenue Service, 1040 Waverly Ave
Holtsville, NY 00501-0048

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within _____sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_
(BY) DEPUTY CLERK

_April 29 2004_
DATE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynn Walsh
Compliance Services Field Dir.
Internal Revenue Service
1040 Waverly Ave
Holtsville, NY 00501-0048
RE: Fed Court Case # 04-30080-MAP
(7)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECEIVED  IRS

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

MAY - 3 2004

503
IRS CENTER AT BROOKHAVEN

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0002 2103 3889

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

V.

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30080-MAP

TO: (Name and address of defendant)

Conn. Dept of Revenue Services (CDORS),   c/o Commissioner Gene Gavin
CT Dept of Revenue Services,   25 Sigourney St, P.O. Box 5088
Hartford, CT 06102-5088

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within  **Twenty (20)**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK
/s/ Mary Finn
(BY) DEPUTY CLERK

April 29 2004
DATE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  Department of Revenue Services  □ Agent  □ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Conn. Dept of Revenue Services (CDORS)<br>c/o Commissioner Gene Gavin<br>CT Dept of Revenue Services<br>25 Sigourney St, P.O. Box 5088<br>Hartford, CT 06102-5088<br>RE: Fed Court Case # 04-30080-MAP<br>(13) | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below:  □ No<br><br>MAY 03, 2004<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered      □ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number  (Transfer from service la | 7002 3150 0002 2103 4015 |

PS Form 3811, August 2001      Domestic Return Receipt       102595-02-M-1540

# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30080-MAP

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

TO: (Name and address of defendant)

CDORS Office of the Commissioner, c/o Commissioner Gene Gavin
CT Dept of Revenue Services, 25 Sigourney St, P.O. Box 5088
Hartford, CT 06102-5088

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

*/s/ Mary Finn*
(BY) DEPUTY CLERK

April 29, 2004
DATE



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CDORS Office of the Commissioner
c/o Commissioner Gene Gavin
CT Dept of Revenue Services
25 Sigourney St, P.O. Box 5088
Hartford, CT 06102-5088
RE: Fed Court Case # 04-30080-MAP
(14)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Department of Revenue Services ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

MAY 03 2004

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7002 3150 0002 2103 4008

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: **04-30080-MAP**

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

TO: (Name and address of defendant)

**Commissioner Gene Gavin,   CT Dept of Revenue Services**
**25 Sigourney St,   P.O. Box 5088**
**Hartford, CT 06102-5088**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK: Mary Finn

DATE: April 29, 2004

(BY) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner Gene Gavin
CT Dept of Revenue Services
25 Sigourney St
P.O. Box 5088
Hartford, CT 06102-5088
RE: Fed Court Case # 04-30080-MAP
(16)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    Department of Revenue Services

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 03 2004

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0002 2103 3988

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-30080-MAP

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

TO: (Name and address of defendant)

Massachusetts State Government,   c/o Massachusetts Attorney General
One Ashburton Place,
Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_
(BY) DEPUTY CLERK

April 29, 2004
DATE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts State Government
c/o Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
RE: Fed Court Case # 04-30080-MAP
(18)

2. Article Number
(Transfer from ser    7002 3150 0002 2103 3964

PS Form 3811, August 2001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Wilkie J Coughlin_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) MA  C. Date of Delivery MAY 0 3 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540