# United States District Court

_____ DISTRICT OF _____

David P. Fontaine (Pro Se Litigant)

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-30080-MAP

U. S., Internal Revenue Service, Commissioner of IRS,
IRS Employees - Sheila O'Brien, Lynn Walsh, Jane B. Finnegan, Larry Leder, and Dennis Parizek,
State of CT, CT Dept of Rev. Srvcs, CDORS Commissioner, Governor John Rowland, CT Comm. Gene Gavi
State of MA, MA Dept of Revenue, MA Commissioner of Revenue

TO: (Name and address of defendant)

Dennis Parizek, Operations Mgr., Exam SC Supp.
Internal Revenue Service, 1973 North Rulon White Blvd.
Ogden, UT 84404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Fontaine (Pro Se Litigant)
68 Van Horn St.
West Springfield, MA 01089

an answer to the complaint which is herewith served upon you, within **sixty (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_

(BY) DEPUTY CLERK

DATE: April 29, 2004

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dennis Parizek<br>Operations Mgr., Exam SC Supp.<br>Internal Revenue Service<br>1973 North Rulon White Blvd.<br>Ogden, UT 84404<br>RE: Fed Court Case # 04-30080-MAP<br>(10) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>IRS - OSC<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0002 2103 3858 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |