## INITIAL SERVICE OF SUMMONS ENCLOSURES

In regards Civil Action No.  04-30080-MAP

Enclosed, please find the following:

Summons
This Initial Service of Summons Enclosures sheet
Motion for Urgent Temporary Injunction
Complaint
Federal Exhibits List
Exhibit  1 – 25 pages
Exhibit  2 -   5 pages
Exhibit  3 -   4 pages
Exhibit  4 -  12 pages
Exhibit  5 -   6 pages
Exhibit  6 -   3 pages
Exhibit  7 -   3 pages
Exhibit  8 -   1 pages
Exhibit  9 -   3 pages
Exhibit 10 -  5 pages
Exhibit 11 -  4 pages
Exhibit 12 -  3 pages
Exhibit 13 - not a document
Exhibit 14 -  1 pages
Exhibit 15 -  3 pages
Exhibit 16 -  2 pages
Exhibit 17 -  8 pages
Exhibit 18 -  1 pages
Exhibit 19 -  9 pages
Exhibit 20 -  9 pages
Correction of Defendant Listing on page 2 in Complaint for Parties Served and addresses
Complaint Corrections, typographical errors in Court Cites, 5/1/2004

David P. Fontaine – Plaintiff Pro Se                                5/1/04

                                                                                          Date

Page 1 of 1

Civil Action No. 04-30080-MAP

## Correction of Defendant Listing in Complaint

| Seq | Defendant Name | Defendant Title | Addr 1 | Addr 2 | Addr 3 |
|---|---|---|---|---|---|
| 1 | U.S. Government | c/o Attorney General of the United States | Department of Justice | | Washington, DC 20530 |
| 2 | U.S. Government | c/o Attorney General of the United States | Department of Justice | | Washington, DC 20530 |
| 3 | U.S. Government | c/o United States Attorney | Federal Bldg & Courthouse | 1550 Main St | Springfield, MA 01103 |
| 4 | Internal Revenue Service | c/o Commissioner Mark W. Everson | 1111 Constitution Ave N.W. | | Washington, DC 20224 |
| 5 | IRS Office of the Commissioner | c/o Commissioner Mark W. Everson | 1111 Constitution Ave N.W. | | Washington, DC 20224 |
| 6 | Sheila O'Brien | Territory Manager | Internal Revenue Service | P.O. Box 57 | Bensalem, PA 19020 |
| 7 | Lynn Walsh | Compliance Services Field Dir. | Internal Revenue Service | 1040 Waverly Ave | Holtsville, NY 00501-0048 |
| 8 | Jane B. Finnegan | Compliance Tech. Supp. Mgr. | Internal Revenue Service | P.O. Box 57 | Bensalem, PA 19020 |
| 9 | Larry Leder | Operations Manager, Collection | Internal Revenue Service | P.O. Box 57 | Bensalem, PA 19020-8514 |
| 10 | Dennis Parizek | Operations Mgr., Exam SC Supp. | Internal Revenue Service | 1973 North Rulon White Blvd. | Ogden, UT 84404 |
| 11 | Connecticut State Government | c/o Governor John Rowland | State Capitol | 210 Capitol Ave | Hartford, CT 06106 |
| 12 | Connecticut State Government | c/o Connecticut Attorney General | 55 Elm St | | Hartford, CT 06106 |
| 13 | Conn. Dept of Revenue Services (CDORS) | c/o Commissioner Gene Gavin | CT Dept of Revenue Service | 25 Sigourney St, P.O. Box 5088 | Hartford, CT 06102-5088 |
| 14 | CDORS Office of the Commissioner | c/o Commissioner Gene Gavin | CT Dept of Revenue Service | 25 Sigourney St, P.O. Box 5088 | Hartford, CT 06102-5088 |
| 15 | Governor John Rowland | Office of the CT Governor | State Capitol | 210 Capitol Ave | Hartford, CT 06106 |
| 16 | Commissioner Gene Gavin | CT Dept of Revenue Services | 25 Sigourney St | P.O. Box 5088 | Hartford, CT 06102-5088 |
| 17 | Massachusetts State Government | c/o Governor Mit Romney | State Capitol | 210 Capitol Ave | Boston, MA 02108 |
| 18 | Massachusetts State Government | c/o Massachusetts Attorney General | One Ashburton Place | | Boston, MA 02108 |
| 19 | MA Dept of Revenue (MDOR) | c/o Commissioner Alan LeBovidge | MA Dept of Revenue | P.O. Box 7011 | Boston, MA 02204 |
| 20 | MDOR Office of the Commissioner | c/o Commissioner Alan LeBovidge | MA Dept of Revenue | P.O. Box 7011 | Boston, MA 02204 |

David P. Fontaine (Pro Se)

Saturday, May 01, 2004

Page 1 of 1

## COMPLAINT CORRECTIONS

Typographical errors in Court Cites – 5/1/2004

In regards Civil Action No.  04-30080-MAP

On page 12, last paragraph – cite was 709 F. Supp. 1285, is 702 F. Supp. 1285

On page 22, last paragraph – cite location was unclear – should be 16 AM Jur 2d S177 thru S256 @ S203

_____                                    _____

David P. Fontaine – Plaintiff Pro Se                                    Date