UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE<br>           Plaintiff,<br>v.<br>U.S. INTERNAL REVENUE SERVICE,<br>COMMISSIONER OF IRS, IRS EMPLOYEES -<br>Sheila O'Brien, Jane B. Flanagan, Larry Leder and<br>Dennis Parizek, STATE OF CONNECTICUT, CT<br>DEPARTMENT OF REVENUE SERVICES,<br>CDORS COMMISSIONER, GOVERNOR JOHN<br>ROWLAND, CT COMMISSIONER GENE GAVI,<br>STATE OF MASSACHUSETTS, MA<br>DEPARTMENT OF REVENUE, MA<br>COMMISSIONER OF REVENUE<br>           Defendants. | CIVIL ACTION<br>NO. 04 30080-MAP |

TO THE CLERK OF THE ABOVE NAMED COURT:

   Please enter my appearance as attorney for the Defendants STATE OF MASSACHUSETTS (sic), MA DEPARTMENT OF REVENUE, and the MA COMMISSIONER OF REVENUE in the above-entitled action.

                              Respectfully submitted,
                              Commonwealth of Massachusetts
                              By Its Attorney,

                              THOMAS F. REILLY
                              ATTORNEY GENERAL

                              _____
                              William P. O'Neill  BBO#379745
                              Assistant Attorney General
                              Western Massachusetts Division
                              1350 Main Street
                              Springfield, MA 01103-1629
                              (413)784-1240 FAX: 784-1244