FILED
CLERK'S OFFICE

[date stamp illegible]

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE<br>    Plaintiff, | NO.  04-30080-MAP |
| v. | |
| U.S. INTERNAL REVENUE SERVICE,<br>COMMISSIONER OF IRS,<br>IRS EMPLOYEES-SHEILA O'BRIEN,<br>LYNN WALSH, JANE B. FINNEGAN,<br>LARRY LEDER, AND DENNIS PARIZEK,<br>STATE OF CONNECTICUT, CONNECTICUT<br>DEPARTMENT OF REVENUE SERVICES,<br>CDORS COMMISSIONER, GOVERNOR<br>JOHN ROWLAND, CONNECTICUT<br>COMMISSIONER GENE GAVIN,<br>STATE OF MASSACHUSETTS,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, MASSACHUSETTS<br>COMMISSIONER OF REVENUE<br>    Defendants. | FILING FEE PAID:<br>RECEIPT # 305618<br>AMOUNT $ 50.00<br>BY DPTY CLK MCH<br>DATE 5/18/04<br><br>MAY 14, 2004 |

## MOTION FOR LEAVE TO PERMIT WILLIAM J. PRENSKY
### ASSISTANT ATTORNEY GENERAL OF THE STATE OF CONNECTICUT, TO APPEAR IN THIS MATTER, PRO HAC VICE

Heather J. Wilson, the undersigned, an Assistant Attorney General of the State of Connecticut, and a member in good standing of the bar of the United States District Court for the District of Massachusetts, hereby moves, pursuant to Local Rule D.Mass.83.5.3(b), that William J. Prensky, as an Assistant Attorney General of the State of Connecticut, be granted leave to appear in this matter pro hac vice, in order to

represent the State of Connecticut, Connecticut Department of Revenue Services, Connecticut Commissioner Gene Gavin and Governor John Rowland.

In support of this motion, the Movant presents an affidavit of William J. Prensky.

>RICHARD BLUMENTHAL
>ATTORNEY GENERAL

BY: *(signature)*
Heather J. Wilson
Assistant Attorney General
Federal No. ct01939
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5270
E-mail: Heatherj.Wilson@po.state.ct.us

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Leave to Permit William J. Prensky, Assistant Attorney General of the State of Connecticut, to Appear in This Matter, Pro Hac Vice was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of May, 2004, first class postage prepaid to:

David P. Fontaine
68 Van Horn Street
West Springfield, MA  01089

_____
Heather J. Wilson
Assistant Attorney General