FILED
CLERK'S OFFICE

[illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID P. FONTAINE              :         NO.    04-30080-MAP
   Plaintiff,                  :
                                     :

v.                            :

U.S. INTERNAL REVENUE SERVICE,   :
COMMISSIONER OF IRS,           :
IRS EMPLOYEES-SHEILA O'BRIEN,   :
LYNN WALSH, JANE B. FINNEGAN,   :
LARRY LEDER, AND DENNIS PARIZEK,   :
STATE OF CONNECTICUT, CONNECTICUT :
DEPARTMENT OF REVENUE SERVICES,   :
CDORS COMMISSIONER, GOVERNOR   :
JOHN ROWLAND, CONNECTICUT     :
COMMISSIONER GENE GAVIN,      :
STATE OF MASSACHUSETTS,       :
MASSACHUSETTS DEPARTMENT OF    :
REVENUE, MASSACHUSETTS        :
COMMISSIONER OF REVENUE       :
   Defendants.                 :         MAY 14, 2004

### AFFIDAVIT OF WILLIAM J. PRENSKY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR IN THIS ACTION PRO HAC VICE

STATE OF CONNECTICUT      )
                               )    ss.  Hartford, Connecticut
COUNTY OF HARTFORD       )

    1.     I am an Assistant Attorney General of the State of Connecticut, 55 Elm

Street, Hartford, Connecticut  06106.

    2.     On April 16, 1974, I was admitted to practice before all of the courts of the

State of Connecticut.  On November 10, 1975, I was admitted to practice before the



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at*  New Haven  ,

*on the*  sixteenth  , *day of*  April  ,

1974  ,

William J. Prensky

*of*

West Hartford, CT

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this*  thirteenth  *day of*

May  , 20  04  .

**Michele T. Angers**

*Chief Clerk*



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


DAVID P. FONTAINE            :      NO.   04-30080-MAP
   Plaintiff,               :
                           :
v.                          :
                           :
U.S. INTERNAL REVENUE SERVICE, :
COMMISSIONER OF IRS,        :
IRS EMPLOYEES-SHEILA O'BRIEN, :
LYNN WALSH, JANE B. FINNEGAN, :
LARRY LEDER, AND DENNIS PARIZEK, :
STATE OF CONNECTICUT, CONNECTICUT :
DEPARTMENT OF REVENUE SERVICES, :
CDORS COMMISSIONER, GOVERNOR :
JOHN ROWLAND, CONNECTICUT    :
COMMISSIONER GENE GAVIN,     :
STATE OF MASSACHUSETTS,      :
MASSACHUSETTS DEPARTMENT OF  :
REVENUE, MASSACHUSETTS       :
COMMISSIONER OF REVENUE      :
   Defendants.              :      MAY 14, 2004


**APPLICATION FOR LEAVE TO APPEAR AND PRACTICE**
**IN THIS COURT IN THE ABOVE-CATPIONED ACTION**

The undersigned hereby respectfully moves pursuant to L.R. 83.5.3(b) to appear

and practice in this Court for the limited purpose of representing and defending STATE

OF CONNECTICUT, CONNECTICUT DEPARTMENT OF REVENUE SERVICES,

CDORS COMMISSIONER, GOVERNOR JOHN ROWLAND, CONNECTICUT

COMMISSIONER GENE GAVIN in the above-captioned action.  In support of this

motion, the undersigned represents and certifies that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, to wit, all courts of the State of Connecticut, United States Supreme Court, United States District Court for Connecticut, United States Courts of Appeals for the Second Circuit and Third Circuit; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. In further support of this application, Assistant Attorney General Heather J. Wilson has filed a motion to admit the undersigned to appear in the above-captioned matter pro hac vice.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

William J. Prensky
Assistant Attorney General
Federal No. ct08643
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5270
E-mail: William.Prensky@po.state.ct.us

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of May, 2004, first class postage prepaid to:

David P. Fontaine
68 Van Horn Street
West Springfield, MA  01089

William J. Ptensky
Assistant Attorney General

3