UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE<br>    Plaintiff, | NO.  04-30080-MAP |
| v. | |
| U.S. INTERNAL REVENUE SERVICE,<br>COMMISSIONER OF IRS,<br>IRS EMPLOYEES-SHEILA O'BRIEN,<br>LYNN WALSH, JANE B. FINNEGAN,<br>LARRY LEDER, AND DENNIS PARIZEK,<br>STATE OF CONNECTICUT, CONNECTICUT<br>DEPARTMENT OF REVENUE SERVICES,<br>CDORS COMMISSIONER, GOVERNOR<br>JOHN ROWLAND, CONNECTICUT<br>COMMISSIONER GENE GAVIN,<br>STATE OF MASSACHUSETTS,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, MASSACHUSETTS<br>COMMISSIONER OF REVENUE<br>    Defendants. | MAY 17, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The Defendants, State of Connecticut, Connecticut Department of Revenue Services, CDORS Commissioner, Governor John Rowland and Connecticut Commissioner Gene Gavin (the "Connecticut defendants"), hereby move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time to June 16, 2004 to answer and/or plead to the Complaint in the above-captioned action. The undersigned was assigned the defense of the Connecticut defendants on May 12, 2004.

The reasons for this request for an enlargement of time are the extensive Complaint, comprised of 44 pages and numerous exhibits, the multiple Connecticut defendants and the need to consult with them prior to formulating an answer.

The undersigned attempted to contact the plaintiff, who did not provide his telephone number on his pleadings, to obtain his consent to this motion. The undersigned tried obtaining the plaintiff's telephone number, but the recording from directory assistance stated that "the number is non-published at the customer's request." Therefore, on this date, the undersigned mailed a letter to the plaintiff requesting his consent to an enlargement of time.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ William J. Prensky
William J. Prensky
Assistant Attorney General
Federal No. ct08643
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5270
E-mail: William.prensky@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Enlargement of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 17th day of May, 2004, first class postage prepaid to:

David P. Fontaine
68 Van Horn Street
West Springfield, MA  01089

_____
William J. Prensky
Assistant Attorney General