UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE<br>　　　　Plaintiff,<br>v.<br>U.S. INTERNAL REVENUE SERVICE,<br>COMMISSIONER OF IRS, IRS EMPLOYEES -<br>Sheila O'Brien, Jane B. Flanagan, Larry Leder and<br>Dennis Parizek, STATE OF CONNECTICUT, CT<br>DEPARTMENT OF REVENUE SERVICES,<br>CDORS COMMISSIONER, GOVERNOR JOHN<br>ROWLAND, CT COMMISSIONER GENE GAVI,<br>STATE OF MASSACHUSETTS, MA<br>DEPARTMENT OF REVENUE, MA<br>COMMISSIONER OF REVENUE<br>　　　　Defendants. | CIVIL ACTION<br>NO. 04 30080-MAP |

## AMENDED CERTIFICATE OF SERVICE

　　I, William P. O'Neill, Assistant Attorney General, do hereby certify that on May 20, 2004, I caused the foregoing THE DEFENDANTS STATE OF MASSACHUSETTS, MA DEPARTMENT OF REVENUE AND THE MA COMMISSIONER OF REVENUE MOTION TO DISMISS THE PLAINTIFF'S ADDENDUM TO COMPLAINT and THE DEFENDANTS STATE OF MASSACHUSETTS, MA DEPARTMENT OF REVENUE AND THE MA COMMISSIONER OF REVENUE'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE PLAINTIFF'S ADDENDUM TO COMPLAINT to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to the Plaintiff *Pro Se*: David P. Fontaine, 68 Van Horn Street, West Springfield, MA 01089, and William J. Prensky, Esq., Attorney General's Office, 55 Elm Street, P.O.Box 120, Hartford, Connecticut 06141-0120, and Heather J. Wilson, Esq., Office of the Attorney General. P.O. Box 120, Hartford, Connecticut 06141-0120.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ William P. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　William P. O'Neill   BBO#379745
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　Western Massachusetts Division
　　　　　　　　　　　　　　　　　　　　　　　　1350 Main Street
　　　　　　　　　　　　　　　　　　　　　　　　Springfield, MA 01103-1629
　　　　　　　　　　　　　　　　　　　　　　　　413-784-1240
　　　　　　　　　　　　　　　　　　　　　　　　FAX: 413-784-1244