

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE<br>   Plaintiff,<br><br>v.<br><br>U.S. INTERNAL REVENUE SERVICE,<br>COMMISSIONER OF IRS,<br>IRS EMPLOYEES-SHEILA O'BRIEN,<br>LYNN WALSH, JANE B. FINNEGAN,<br>LARRY LEDER, AND DENNIS PARIZEK,<br>STATE OF CONNECTICUT, CONNECTICUT<br>DEPARTMENT OF REVENUE SERVICES,<br>CDORS COMMISSIONER, GOVERNOR<br>JOHN ROWLAND, CONNECTICUT<br>COMMISSIONER GENE GAVIN,<br>STATE OF MASSACHUSETTS,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, MASSACHUSETTS<br>COMMISSIONER OF REVENUE<br>   Defendants. | NO.   04-30080-MAP<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 20, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

PLEASE ENTER MY APPEARANCE as attorney for STATE OF CONNECTICUT, CONNECTICUT DEPARTMENT OF REVENUE SERVICES, CDORS COMMISSIONER, GOVERNOR JOHN ROWLAND, CONNECTICUT COMMISSIONER GENE GAVIN in the above-entitled action.

Dated at Hartford, Connecticut, this 20th day of May, 2004.

                DEFENDANTS

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
      William J. Prensky
      Assistant Attorney General
      Federal No. ct08643
      55 Elm Street
      P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5270
      Fax: (860) 808-5385
      E-mail: william.prensky@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of May, 2004, first class postage prepaid to:

David P. Fontaine
68 Van Horn Street
West Springfield, MA 01089

_____
William J. Prensky
Assistant Attorney General