UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE<br>Plaintiff | : NO. 04-30080-MAP |
| v. | |
| U.S. INTERNAL REVENUE<br>SERVICE, ET AL.<br>Defendants. | : MAY 21, 2004 |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the undersigned defendants hereby move for the dismissal of the complaint because this court lacks jurisdiction over the subject matter of the complaint in that this action is barred by the Tax Injunction Act, 28 U.S.C. § 1341, and the Eleventh Amendment to the Constitution of the United States.

For the reasons discussed in the accompanying memorandum of law in support of this motion to dismiss, the undersigned defendants respectfully request that the

plaintiff's complaint be dismissed as to them based upon the plaintiff's failure to state a claim upon which relief can be granted.

        DEFENDANTS

        STATE OF CONNECTICUT,
        CONNECTICUT DEPARTMENT OF
        REVENUE SERVICES, CDORS
        COMMISSIONER, GOVERNOR
        JOHN ROWLAND, CONNECTICUT
        COMMISSIONER GENE GAVIN

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        William J. Prensky
        Assistant Attorney General
        Federal Bar No. ct08643
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5270
        Fax:  (860) 808-5385

## CERTIFICATION

I hereby certify that on May 21st, 2004, a copy of the foregoing Motion to Dismiss was mailed via first class mail postage prepaid, to:

David P. Fontaine
68 Van Horn Street
West Springfield, MA  01089

William P. O'Neill
Attorney General's Office
1350 Main Street
Springfield, MA  01103-1629

_____
William J. Prensky
Assistant Attorney General