IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID P. FONTAINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 04-30080-MAP ) |
| UNITED STATES OF AMERICA, ET AL., | ) ) |
| Defendants. | ) |

## UNITED STATES' MOTION TO DISMISS

The United States, by undersigned counsel, hereby moves to dismiss this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has failed to state a claim upon which relief can be granted, failed to establish subject matter jurisdiction over this proceeding, and failed to establish a waiver of the United States' sovereign immunity. A supporting memorandum is submitted herewith.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia D. Bottome
LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

- 2 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 3rd day of June, 2004, a copy of the foregoing United States' Motion to Dismiss was filed electronically. Notification of this filing will be sent to each counsel via the electronic filing system. A copy of this document will also be sent to all parties and counsel who have entered an appearance by first class mail.

    /s/ Lydia D. Bottome
LYDIA D. BOTTOME

Service List

David P. Fontaine
68 Van Horn Street
West Springfield, Massachusetts 01089

Heather J. Wilson
Office of the Attorney General
State of Connecticut
Post Office Box 120
55 Elm Street
Hartford, CT 06141

William J. Prensky
Office of the Attorney General
State of Connecticut
Post Office Box 120
55 Elm Street
Hartford, CT 06141

William P. O'Neill
Office of the Attorney General
Commonwealth of Massachusetts
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103