# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DAVID P. FONTAINE.,

   Plaintiff(s)

            v.          CIVIL ACTION NO. 3: 04-30080-MAP

UNITED STATES GOVERNMENT, ET AL.,

   Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant's United States Government, et al., against the plaintiff David P. Fontaine., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss as to all defendants.

                                TONY ANASTAS,
                                CLERK OF COURT

Dated: August 20, 2004           By  /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk