# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DAVID P. FONTAINE,

   Plaintiff(s)

       v.                     CIVIL ACTION NO. 3:04 -30080 -MAP

UNITED STATES GOVERNMENT, ET AL,

   Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants United States Government, et al, against the plaintiffs David P. Fontaine, pursuant to the court's memorandum and order entered this date, denying the defendants motion for reconsideration.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: September 21, 2005         By /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                           [jgm.]